UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE: JAIME LYNN GALLIAN,<br><br>                               Appellant, | Case No. 8:24-cv-02333-FLA<br>Case No. 8:21-bk-11710-SC<br><br>**ORDER DISMISSING APPEAL**<br>**[DKTS. 1, 7]** |
|---|---|

On August 12, 2025, the court Ordered *pro se* Appellant Jamie Lynn Gallian ("Appellant") to Show Cause ("OSC") on or before August 26, 2025, why the subject appeal should not be dismissed for lack of prosecution. Dkt. 7. The court noted specifically that Appellant had not filed a statement of the issues and a designation of the record, as required by Fed. R. Bankr. P. 8009, and warned Appellant that failure to respond timely shall result in the dismissal of this appeal without further notice from the court. *Id*. Appellant did not file a response to the OSC.

Accordingly, the court DISMISSES the appeal for lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 41-1.

      IT IS SO ORDERED.

Dated: September 9, 2025

                                            FERNANDO L. AENLLE-ROCHA
                                            United States District Judge